UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV64

JOAN V. ALFORD,                    )
                    Plaintiff,     )
                                   )          ORDER OF DISMISSAL
          v.                       )
                                   )
COOPER PETROLEUM, INC, and EMC )
INSURANCE COMPANIES,               )
                    Defendants.    )
                                   )

On August 2, 2006, this Court ordered the plaintiff to show cause on or before August 25, 2006, why her Complaint should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. (Doc. No. 9).[1] It is now September 27, 2006, and the plaintiff has failed to respond to the Court's order. The Court now concludes that dismissal is warranted under the circumstances present in the instant case.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

1.   Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this matter is **DISMISSED**.

2.   The Clerk is directed to send copies of this Order to Plaintiff Joan Alford, at 507 Sherwood Dr., Bennettsville, SC, 29512, and to counsel for Defendants.

---

[1]Specifically, this Court noted that since February 17, 2004, when this matter first was transferred from the District of South Carolina, the plaintiff had not made any filings or made efforts to prosecute this action in any way, including responding to the defendants' motion to dismiss, which was filed on July 28, 2004.

Signed: September 27, 2006

Robert J. Conrad, Jr.
Chief United States District Judge